UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION (COLUMBUS)

| | | |
|---|---|---|
| ROYAL ELECTRICAL & TELEDATA CONTRACTORS, | : : : | JUDGE EDMUND A. SARGUS MAGISTRATE JUDGE KEMP |
| Plaintiff, | : : | CASE NO. 2:10-cv-00519-EAS-TPK |
| v. | : : | |
| THE LUSK GROUP, | : : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL AND JOURNAL ENTRY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and (c), the parties to this action stipulate to a dismissal of all claims and counterclaims <u>without prejudice</u>. Each party to bear their own costs.

IT IS SO ORDERED.

_E. Sargus_  10/04/2010
JUDGE SARGUS/~~MAGISTRATE JUDGE KEMP~~

APPROVED BY:

*/s/ Amy K. Schermer*
David T. Patterson (0007454)
Amy K. Schermer (0068012)
**WESTON HURD LLP**
10 W. Broad Street, Suite 2400
Columbus, OH 43215
Telephone: (614) 280-0200
Facsimile: (614) 280-0204
dpatterson@westonhurd.com
aschermer@westonhurd.com
*Attorneys for Plaintiff/Counterclaim Defendant*
*Royal Electric Teledata Contractors*

/s/ *Thomas E. Roma, Jr. (per email authority 9/29/10)*
Thomas E. Roma, Jr., *Pro Hac Vice*
George Parker, Sr. *Pro Hac Vice*
PARKER & O'CONNELL, PLLC
Suite 930, The Starks Building
455 South Fourth Avenue
Louisville, Kentucky 40202
Phone: (502) 584-7196
Fax: (502) 589-7451
      and

Michael C. Surrey (0070098)
GRAYDON HEAD & RITCHEY, LLP
1900 Fifth Third Center
511 Walnut St.
Cincinnati, OH 45202
Phone: (513) 621-6464
msurrey@graydon.com
*Attorneys for Defendant/Counterclaim Plaintiff*
*The Lusk Group*